IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RICHARD HOEFT,

                                  Petitioner,

    v.

BAYFIELD COUNTY SHERIFF'S DEPARTMENT
and TOM RENZ,

                                  Defendants.

ORDER

09-cv-774-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff Richard Hoeft, who is not incarcerated, has filed a civil action in which he contends that defendants Bayfield County Sheriff's Department and Tom Renz violated his Fourth and Fourteenth Amendment rights when they interrogated him in July 2003. Because plaintiff did not pay the $350 fee for filing this action, I understand him to be requesting leave to proceed in forma pauperis. I cannot make this determination because plaintiff has not submitted an affidavit of indigency.

ORDER

IT IS ORDERED that a decision whether plaintiff Richard Hoeft may proceed in

1

forma pauperis in this action is STAYED. Plaintiff may have until January 18, 2010, in which to complete the enclosed affidavit of indigency form and return it to the court. If, by January 18, 2010, plaintiff fails to provide the requested financial information, I will deny his request for leave to proceed in forma pauperis for his failure to show that he is indigent.

Entered this 28th day of December, 2009.

                                BY THE COURT:

                                /s/

                                _____
                                BARBARA B. CRABB
                                District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

_____
Full name of plaintiff(s) or petitioner(s)

Case No. _____
(Provided by the clerk of court)

v.

_____
Full name of defendant(s) or respondent(s)

**PETITION AND AFFIDAVIT TO PROCEED
WITHOUT PREPAYMENT OF FEES AND/OR COSTS**

I, _____, declare that I am the plaintiff or petitioner in the above-named action. In support of my request to proceed in forma pauperis, I declare that I am unable to pay the fees and/or costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. I answer the following questions truthfully and under penalty of perjury (additional pages may be added, if necessary, to provide complete information):

**I. Personal Information**

1) Are you currently incarcerated?    ☐ Yes ☐ No

    If "No," go to question 2. Complete all sections.

    If "Yes," answer questions (a), (b) & (c), skip to Section IV. Complete sections IV and V.

(a) State the place of your incarceration and provide your prisoner identification number:

    _____    _____
    (place)    (number)

(b) Are you employed at the institution?    ☐Yes    ☐ No

(c) Do you receive any payment from the institution? ☐Yes    ☐ No

If you are a prisoner, attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of your complaint, motion, or petition and showing the balance of your release account. Prisoners who are permitted to file in forma pauperis must pay the full filing fee in installments.

3

(WIWD 01/07)
**Personal Information** - *continued*

2) Are you employed?        ☐Yes        ☐ No

3) Are you currently married?    ☐ Yes ☐ No
   If "Yes," is your spouse employed?    ☐ Yes ☐ No

4) Do you have any legal dependents (children/adults) whom you are responsible for supporting?
   ☐ Yes ☐ No

   If "Yes," list them below:

| First and Last Initials (For Minor Children Only) or Name | Relationship to You | Age | Amount of Support Provided Per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II.  Income** - If you are married, your answers ***must include your spouse's income.***
   *(When calculating income, you must include any salary, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts, and inheritance, or other incoming monies.)*

State your total *monthly* income?        $ _____

Provide the name of your employer(s):  _____

State your spouse's total *monthly* income?    $ _____

State the amount of money you have received from any other source in the last twelve months (e.g., rent payments, pension or insurance payments, gifts, inheritance, disability or workers' compensation payments).  Please attach an additional sheet if necessary.

| Source of income | Amount |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |

**III. Expenses** - If you are married and/or have dependents, *your expenses should also include your household's expenses.*
   *(When calculating household expenses, you may include groceries, clothing, medical costs, utilities which are not included in your rental payments, transportation, and insurance.)*

1) Identify the following amounts that you pay per month:

    ☐ Rent or    ☐ Mortgage            $ _____

    Car payment(s)                        $ _____

    Alimony and/or court-ordered child support   $ _____

    Credit card payment(s)              $ _____

2) Do you have any other monthly expenses that you have not already identified?
    ☐ Yes ☐ No

    If "Yes," list them below:

| Expense | Amount |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

3) What is the total amount of your <u>monthly</u> expenses?  $_____

**IV. Property** - If you are married, your answers must *include your spouse's property.*

1) Do you own a car?     ☐ Yes     ☐ No   If "Yes," list car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

2) Do you own your residence(s)?    ☐ Yes ☐ No

    If "Yes," state the approximate value(s). $ _____

        What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the residence(s)? $ _____

**IV. Property** - *continued*

3) Do you own any other valuable tangible property, including but not limited to, jewelry, artwork, or antiques?          ☐ Yes ☐ No

If "Yes," identify the property and approximate value(s).

| Property | Approximate Value |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

4) Do you have any cash or checking, savings, or other similar accounts?   ☐ Yes   ☐ No

If "Yes," state the total amount of such sums. $ _____

5) Do you own any intangible property, including but not limited to real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k)?
          ☐ Yes ☐ No

If "Yes," state the nature of that property and approximate value(s).

_____

**V. Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

_____

| | |
|---|---|
| _____ | _____ |
| Date | **Signature - Signed Under Penalty of Perjury** |