IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD HOEFT,

    Plaintiff,

v.

BAYFIELD COUNTY SHERIFF'S DEPARTMENT
and TOM RENZ,

    Defendants.

JUDGMENT IN A CIVIL CASE

09-cv-774-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Richard Hoeft leave to proceed as to defendant Bayfield County Sheriff's Department.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Tom Renz granting his motion to dismiss with prejudice.

_Peter Oppeneer_    2/18/11
Peter Oppeneer, Clerk of Court    Date